IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN DOE**                                                                **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO: 3:24-cv-547-HTW-LGI**

**JANE ROE**                                                        **DEFENDANT**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER PSEUDONYM, TO PROCEED PSEUDONYMOUSLY, AND TO FILE MATERIALS UNDER SEAL**

Plaintiff moves pursuant to Fed. R. Civ. P. 5.2, L.U. Civ. R. 5.2, and L.U. Civ. R. 79 for leave to file his Complaint under a pseudonym, to proceed in this action pseudonymously, and to file under seal (or with redactions) any materials that would reveal the parties' identities. In support, Plaintiffs relies on the allegations of his Complaint [Doc. 1] and the Memorandum accompanying this Motion.

**ACCORDINGLY,** Plaintiff respectfully requests leave to file his Complaint under pseudonym, to proceed in this action pseudonymously, and to file under seal (or with redactions) any materials that would reveal the parties' identities.

Dated: September 13, 2024.

                                                 Respectfully submitted,

                                                 **JOHN DOE**

                                          By: */s/ M. Patrick McDowell*
                                                   M. Patrick McDowell,
                                                   One of His Attorneys

OF COUNSEL:

R. David Kaufman, MSB No. 3526
dkaufman@brunini.com
M. Patrick McDowell, MSB No. 9746
pmcdowell@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902