**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOHN DOE**                                                                **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO.: 3:24-cv-547-HTW-LGI**

**JANE ROE**                                                   **DEFENDANT**

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM**

COMES NOW, Defendant in the above numbered and styled cause, and files her Response to Plaintiff's Motion for Leave to Proceed Under a Pseudonym. In support thereof, Defendant would show as follows:

1. For the reasons set forth in Defendant's accompanying Memorandum Brief, Plaintiff's Motion for Leave to Proceed Under a Pseudonym should be denied in its entirety.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the Court deny Plaintiff's Motion for Leave to Proceed Under a Pseudonym.

THIS, the 1st day of October, 2024.

Respectfully Submitted,

**WATSON & NORRIS, PLLC**

By: /s/Louis H. Watson, Jr.
      Louis H. Watson, Jr. (MSB#9053)

4209 Lakeland Drive #395
Flowood, MS 39232-9212
Phone: (601) 968-0000
Fascimile: (601) 968-0010
louis@watsonnorris.com

**WIGDOR LLP**

By: /s/Douglas H. Wigdor
    Douglas H. Wigdor (*pro hac vice*)
    Jeanne M. Christensen (*pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com

**HB ADVOCATES PLLC**

By: /s/Hayley Hanna Baker
    Hayley Hanna Baker (*pro hac vice*)

1831 12th Ave. S.
Nashville, TN 37203
Telephone: (615) 505-3260
Email: hbaker@hb-advocates.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I, DOUGLAS H. WIGDOR, attorney for Defendant, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to all counsel of record.

  THIS, the 1st day of October, 2024.

/s/ Douglas H. Wigdor
Douglas H. Wigdor
