Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

John Doe                                   Plaintiff

v.                                         CIVIL ACTION NO.   3:24-cv-547-HTW-LGI

Jane Roe                                   Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Daniel M. Petrocelli

   Firm Name: O'Melveny & Myers LLP

   Office Address: 1999 Avenue of the Stars, 8th Floor

   City: Los Angeles   State: CA   Zip: 90067

   Telephone: 310-246-6850   Fax: 310-246-6779

   E-Mail: dpetrocelli@omm.com

(B) Client(s): John Doe

   Address: 1999 Avenue of the Stars, 8th Floor

   City: Los Angeles   State: CA   Zip: 90034

   Telephone: 310-553-6700   Fax: 310-246-6779

The following information is optional:

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

O'Melveny & Myers previously represented this client in an unrelated action.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

O'Melveny & Myers is a preeminent law firm in the field of litigation and has successfully represented clients in numerous cases involving issues relating to defamation and privacy rights.

(C)    I am admitted to practice in the:

☑    State of California

☐    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

350 McAllister Street, San Francisco, CA 94102-4797
415-865-7000
https://supreme.courts.ca.gov/

All other courts before which I have been admitted to practice:

2

Form 6 (ND/SD Miss. Dec. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |
| US Court of Appeals, District of Columbia | Jul 31, 2018 |
| US Court of Appeals, Eleventh Circuit | Jul 31, 2015 |
| US Court of Appeals, Federal Circuit | Oct 05, 2011 |
| US Court of Appeals, Fifth Circuit | Apr 26, 2004 |
| US Court of Appeals, Fourth Circuit | Nov 18, 2015 |
| US Court of Appeals, Ninth Circuit | Jul 20, 1981 |
| US Court of Appeals, Second Circuit | Jan 06, 2015 |
| US Court of Appeals, Sixth Circuit | May 16, 2002 |
| US Court of Appeals, Tenth Circuit | Jan 22, 1999 |
| US District Court, California Central | Jun 09, 1981 |
| US District Court, California Northern | Aug 06, 1981 |
| US District Court, California Southern | Nov 17, 2009 |

|  |  | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? | ◯ | ⦿ |
|  | Have you had admission pro hac vice revoked in this state? | ◯ | ⦿ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ◯ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
| --- | --- | --- | --- |
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ◯ | ⦿ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

(I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?   **Yes** ● No ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?   **Yes** ● No ○

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   M. Patrick McDowell, MSB No. 9746

Firm Name:   BRUNINI, GRANTHAM, GROWER & HEWES, PLLC

Office Address:   P.O. Drawer 119

City: Jackson     State: MS     Zip: 39205

Telephone: 601-948-3101     Fax: 601-960-6902

Email address: pmcdowell@brunini.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

10/4/2024
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 4th day of October, 2024.

_____
Resident Attorney

6

Attachment to Daniel M. Petrocelli
Pro Hac Vice Application

COURT ADMISSIONS

| Title of Court | Date Admitted | In Good Standing? |
| --- | --- | --- |
| State of California (State Bar No. 97802) | May 29, 1981 | Yes |
| U.S. District Court, Central District of California | June 9, 1981 | Yes |
| U.S. District Court, Northern District of California | August 6, 1981 | Yes |
| U.S. District Court, Southern District of California | November 17. 2009 | Yes |
| U.S. District Court, Southern District of Colorado | August 21, 1997 | Yes |
| U.S. Court of Appeals for the District of Columbia | July 31, 2018 | Yes |
| U.S. Court of Appeals, Federal Circuit | October 5, 2011 | Yes |
| U.S. Court of Appeals, Second Circuit | January 6, 2015 | Yes |
| U.S. Court of Appeals, Fourth Circuit | November 18, 2015 | Yes |
| U.S. Court of Appeals, Fifth Circuit | April 26, 2004 | Yes |
| U.S. Court of Appeals, Sixth Circuit | May 16, 2002 | Yes |
| U.S. District Court, Eastern District of California | May 8, 1997 | Yes |
| U.S. Court of Appeals, Ninth Circuit | July 20, 1981 | Yes |
| U.S. Court of Appeals, Tenth Circuit | January 22, 1999 | Yes |
| U.S. Court of Appeals, Eleventh Circuit | July 31, 2015 | Yes |
| U.S. Supreme Court | April 17, 1989 | Yes |