IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TROYAL GARTH BROOKS**                                                              **PLAINTIFF**

VS.                                         CIVIL ACTION NO: 3:24-cv-547-HTW-LGI

**DEBRA WINGO WILLIAMS**                                                      **DEFENDANT**

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR "EMERGENCY" SEALING
OR REDACTIONS AND FOR SANCTIONS**

---

Plaintiff Garth Brooks submits this response in opposition to Defendant Debra Wingo Williams' Motion for "Emergency" Sealing or Redactions and for Sanctions [Doc. 18], and would show that the Motion be denied. In support, Mr. Brooks relies on the attached evidentiary materials and the arguments and authorities set forth in his accompanying memorandum in opposition to the Motion.

**ACCORDINGLY**, Plaintiff requests that Defendant's Motion be denied in its entirety.

Dated: October 16, 2024.

Respectfully submitted,

**TROYAL GARTH BROOKS**

By:  /s/ M. Patrick McDowell
M. Patrick McDowell,
One of His Attorneys

OF COUNSEL:

R. David Kaufman, MSB No. 3526
dkaufman@brunini.com
M. Patrick McDowell, MSB No. 9746
pmcdowell@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39205

04569594

Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Daniel M. Petrocelli (*pro hac vice*)
dpetrocelli@omm.com
Megan K. Smith (*pro hac vice*)
megansmith@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Eric J. Amdursky
eamdursky@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

Dated: October 16, 2024.

*/s/ M. Patrick McDowell*
M. Patrick McDowell
