

## Stylist to the Stars | HAIR & MAKEUP

## A WEDDING IS YOUR RED CARPET MOMENT—
### LET US MAKE IT UNFORGETTABLE!

*Debra Wingo is a leading celebrity makeup artist, esthetician, and groomer known to create picture-perfect looks for clientele such as Nicole Kidman, Keith Urban, Niki Taylor, Eric Church, Trisha Yearwood, Vince Gill, Garth Brooks, Lionel Richie, and many others.*

*Having spent much of her career focused on the needs of celebrity clients, Ms. Wingo delivers a level of trust and service that encourages confidence from her famous clients.*

*Debra Wingo is now based in Madison, Mississippi, delivering the same quality of service that has made her the most sought-after stylist by the biggest stars in the entertainment business.*

### NASHVILLE, TENNESSEE | (615) 566-1670 | MADISON, MISSISSIPPI
*Visit debrawingo.com and experience the difference.*

EXHIBIT
2